UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

NIRMAL INTELLECTUAL PROPERTY
CORPORATION,

               Plaintiff,          24-cv-9392 (JGK)

    - against -              ORDER

ILAM SINGH BANSAL,

               Defendant.
---

JOHN G. KOELTL, District Judge:

    The plaintiff had 90 days from filing the complaint to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint. The time to serve is extended until April 10, 2025. If service is not made by April 10, 2025, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           March 11, 2025

                                            John G. Koeltl
                                  United States District Judge