UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NIRMAL INTELLECTUAL PROPERTY CORPORATION,

           Plaintiff,

- against -

ILAM SINGH BANSAL,

           Defendant.

24-cv-9392 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant to answer was June 18, 2025. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended to **July 31, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **July 21, 2025**.

SO ORDERED.

Dated:    New York, New York
          July 16, 2025

                                          John G. Koeltl
                                      United States District Judge