UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NIRMAL INTELLECTUAL PROPERTY
CORPORATION,

                Plaintiff,

- against -

ILAM SINGH BANSAL,

                Defendant.

24-cv-9392 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    On July 29, 2025, the Court received the attached correspondence, dated July 2, 2025, which it forwards to the parties.

SO ORDERED.
Dated:    New York, New York
           July 29, 2025

                                            John G. Koeltl
                                  United States District Judge

**LEGAL MANTRA**
ATTORNEYS AT LAW

SHEETAL ANANT MOHILE      ADVOCATES, IPR ATTORNEYS & LEGAL ADVISORS

ADVOCATE

BOMBAY HIGH COURT

*Intellectual Property Rights - Patents, Trademarks, Designs, Copyrights & Geographical Indications, Company Law, Family Law, Property Law & Criminal Law*

---

Date: July 02, 2025

By Registered Indian Postal Services

**To,**

**The District Judge**

**Honorable John G. Koeltl**

**Daniel Patrick Moynihan**

**United States Courthouse**

**500 Pearl Street,**

**New York, NY – 10007 – 1312**

**Courtroom: 14A**

RECEIVED
JUL 29 2025
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

<u>Subject: Case No: 1:24-cv-09392</u>

<u>Nature of Suits: 820 Property Rights – Copyrights</u>

<u>Cause: 17:101 Copyright Infringement</u>

*Nirmal Intellectual Property Corporation*      ...*Plaintiff*

*Vs*

*Ilam Singh Bansal*      ...*Defendant*

**LEGAL MANTRA**
ATTORNEYS AT LAW

SHEETAL ANANT MOHILE                    ADVOCATES, IPR ATTORNEYS & LEGAL ADVISORS
ADVOCATE
BOMBAY HIGH COURT

*Intellectual Property Rights - Patents, Trademarks, Designs, Copyrights & Geographical Indications, Company Law, Family Law, Property Law & Criminal Law*

---

Pursuant to the intimation on **May 28, 2025**, I do hereby serve you with the following:

**Sir,**

1. It has come to my Client's notice that a Complaint has been filed by authorized officers of **Nirmal Intellectual Property Corporation** to Youtube, USA to strike out my Client Mr. Ilam Singh Bansal's videos. My Client's Youtube channels are named as "Sahajyogtv" and "Satyugtv"

2. Whereas the plaintiff is not authorized to issue any legal notice or send any summons directly to my client who is a citizen of India as a US citizen cannot directly send a legal notice to an Indian citizen; it must be routed only through appropriate authorities in India, specifically the Ministry of Home Affairs (for criminal matters) or the Ministry of Law and Justice (for civil/commercial matters).

3. Also, I would like to mention that my client has never done any copyright infringement as per Indian Copyright Act, 1957. My client is only spreading the Holy messages and speeches of Her Holiness Shri Nirmala Mataji through his Youtube channels.

4. Upon stricking off my Client's Youtube channels, the Plaintiff has not just shut down the Youtube channel but has hurt the religious feelings of thousands of followers of Shri Nirmala Mataji who were following these Youtube channels.

5. Sahajyogtv and Satyugtv team have already counter replied Youtube, USA for retrieval of my Client's both Youtube channels.

Address: Flat No.2, Angelina building, B. W. Pathare Marg, Dadar (W), Mumbai – 400028
Ph: 9967623909, 8355848373

**LEGAL MANTRA**
ATTORNEYS AT LAW

SHEETAL ANANT MOHILE        ADVOCATES, IPR ATTORNEYS & LEGAL ADVISORS
ADVOCATE
BOMBAY HIGH COURT

*Intellectual Property Rights - Patents, Trademarks, Designs, Copyrights & Geographical Indications, Company Law, Family Law, Property Law & Criminal Law*

---

6. I, upon the instructions of my Client will be writing about these grievances to Ministry of Home Affairs, India as well as to the Ministry of Law and Justice, India.

7. It has been very clearly stated by Her Holiness Shri Nirmala Mataji in her speeches that awareness of Sahajyoga needs to be spread worldwide, and my Client by all his efforts, with good intention and motive along with his team was doing this task of spreading the messages of Shri Nirmala Mataji to the people worldwide.

8. My Client has never even thought of what earnings the Youtube channel is making. Whatever earnings he gets from the channel is being disbursed for Shri Mataji's work itself, such as food distribution, educational awareness programs, delivering lectures in schools, hospitals, jails, etc. So, question of earning from the YouTube channel has never arised.

9. The complainant and his team want to keep these rights with themselves, which itself is disregarding Her Holiness Shri Nirmala Mataji's words of spreading Sahajyoga to the world.

10. It is shocking for my Client to know that how can a Godly figure like Her Holiness Shri Nirmala Mataji who has herself stated in her speeches to spread Sahajyoga to the masses free of cost can assign copyrights to any specific body. It is also shocking to know how can someone have copyrights ownership on Her Holiness Shri Nirmala Mataji's Holy speeches. It is as good as claiming copyrights over Holy books like *Bible, Quran or Bhagwad Gita*.

**In the circumstances abovementioned I hereby request action against Mr. Gagandip Ahluwalia and other authorized officers of Nirmal Intellectual Property Corporation, and**

**LEGAL MANTRA**
ATTORNEYS AT LAW

| | |
|---|---|
| SHEETAL ANANT MOHILE<br>ADVOCATE<br>BOMBAY HIGH COURT | ADVOCATES, IPR ATTORNEYS & LEGAL ADVISORS |

*Intellectual Property Rights - Patents, Trademarks, Designs, Copyrights & Geographical Indications, Company Law, Family Law, Property Law & Criminal Law*

---

*permit my Client to restore the videos and retrieve the Youtube channel such that the religious sentiments of thousands of followers are not hurt and Shri Nirmala Mataji's speeches reaches the masses to maximum.*


**Yours Truly**

*[signature]*

**Advocate Sheetal. A. Mohile**

Address: Flat No.2, Angelina building, B. W. Pathare Marg, Dadar (W), Mumbai – 400028
Ph: 9967623909, 8355848373