UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NIRMAL INTELLECTUAL PROPERTY
CORPORATION,

          Plaintiff,

- against -

ILAM SINGH BANSAL,

          Defendant.

24-cv-9392 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to file a proposed order to show cause for a default judgment in accordance with this Court's Rules and Individual Practices by **September 19, 2025.**

SO ORDERED.

Dated:    New York, New York
            September 9, 2025

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                 United States District Judge