```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

NIRMAL INTELLECTUAL PROPERTY
CORPORATION,                                   24-cv-9392 (JGK)

                Plaintiff,            ORDER

      - against -

ILAM SINGH BANSAL,

                Defendant.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    On September 3, 2025, the Clerk of Court issued a certificate of default as to the defendant Ilam Sigh Bansal, ECF No. 24. On September 22, 2025, the Court entered an order to show cause why a default judgment should not be entered against the defendant. ECF No. 32. The plaintiff served the order to show cause on the defendant the next day. ECF No. 33. The time to respond to the order to show cause was October 13, 2025, see ECF No. 33, but to date, the defendant has failed to respond. Accordingly, the plaintiff Nirmal Intellectual Property Corporation is entitled to a default judgment against the defendant.

The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of an appropriate judgment.

SO ORDERED.

Dated:   New York, New York
         October 15, 2025

                                    _____
                                         John G. Koeltl
                                    United States District Judge