**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**NIRMAL INTELLECTUAL PROPERTY CORPORATION,**

**Plaintiff,**

**- against -**

**ILAM SINGH BANSAL,**

**Defendant.**

---

**24-cv-9392 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

On September 19, 2025, the plaintiff filed a proposed order to show cause why a default judgment and permanent injunction should not be issued in its favor against the defendant. The defendant failed to respond, and the court determined that the plaintiff was entitled to a default judgment against the defendant. Accordingly, the Court referred the matter to Magistrate Judge Jennifer E. Willis for an inquest with respect to damages and the appropriate judgment.

Magistrate Judge Willis issued a Report and Recommendation dated July 30, 2026 recommending the appropriate judgment. The defendant failed to file any objections to the Report and Recommendation, and the time for objections has now passed. In any event, the Court finds that the Report and Recommendation is well-founded and should be adopted. Therefore, the Court determines that the plaintiff is entitled to a permanent injunction, $25,000.00 in damages, and $405.00 in costs.

Therefore, the Clerk of Court is respectfully requested to enter a judgment for the plaintiff Nirmal Intellectual Property Corporation and against the defendant Ilam Singh Bansal as follows: (1) an injunction against the defendant precluding him from further infringement of the plaintiff's copyrights to the audio, video, and transcripts of certain talks given by Shri Mataji, the founder of Sahaja Yoga, as described in the Report and Recommendation; (2) statutory damages in the amount of $25,000.00; and (3) filing costs in the amount of $405.00. The Clerk of Court is also respectfully requested to close this case.

**SO ORDERED.**

**Dated: New York, New York**
**September 1, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**