**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

NIRMAL INTELLECTUAL PROPERTY CORPORATION,

Plaintiff,

24 **CIVIL** 9392 (JGK)

-against-

**JUDGMENT**

ILAM SINGH BANSAL,

Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 1, 2026, Magistrate Judge Willis issued a Report and Recommendation dated July 30, 2026 recommending the appropriate judgment. The defendant failed to file any objections to the Report and Recommendation, and the time for objections has now passed. In any event, the Court finds that the Report and Recommendation is well-founded and should be adopted. Therefore, the Court determines that the plaintiff is entitled to a permanent injunction, $25,000.00 in damages, and $405.00 in costs. Judgment is entered for the plaintiff Nirmal Intellectual Property Corporation and against the defendant Ilam Singh Bansal as follows: (1) an injunction against the defendant precluding him from further infringement of the plaintiff's copyrights to the audio, video, and transcripts of certain talks given by Shri Mataji, the founder of Sahaja Yoga, as described in the Report and Recommendation; (2) statutory damages in the amount of $25,000.00; and (3) filing costs in the amount of $405.00; accordingly, the case is closed.

**Dated:** New York, New York
September 3, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**